UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:24-CR-216 |
| v. | (Judge Mehalchick) |
| MALCOLM ISAIAH CROWDER, | (electronically filed) |
| Defendant. | |

**INDICTMENT**

FILED
SCRANTON
AUG 20, 2024
PER _____ dw
DEPUTY CLERK

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 846
(Conspiracy to Distribute and Possess
with Intent to Distribute Methamphetamine)

From in or about June 2024, and continuing to on or about August 13, 2024, in Schuylkill County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**MALCOLM ISAIAH CROWDER,**

did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, namely the knowing, intentional and unlawful distribution and possession with the intent to distribute of a

mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Methamphetamine)

On or about August 13, 2024, in Schuylkill County, within the Middle District of Pennsylvania, the defendant,

**MALCOLM ISAIAH CROWDER,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about July 5, 2024, in Schuylkill County, within the Middle District of Pennsylvania, the defendant,

**MALCOLM ISAIAH CROWDER,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about July 20, 2024, in Schuylkill County, within the Middle District of Pennsylvania, the defendant,

**MALCOLM ISAIAH CROWDER,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about July 24, 2024, in Schuylkill County, within the Middle District of Pennsylvania, the defendant,

**MALCOLM ISAIAH CROWDER,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

GERARD M. KARAM
United States Attorney

*[signature]*

JEFFERY ST JOHN
Assistant United States Attorney

A TRUE BILL

██████████
FOREPERSON

8-20-24
Date